```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
DREANNA JOHNSON,                     :
                                     :
     Plaintiff,                      :
                                     :
vs.                                  :   CIVIL ACTION 08-0532-M
                                     :
NATIONAL CREDIT ACCEPTANCE,          :
INC.,                                :
                                     :
     Defendant.                      :
```

<u>ORDER</u>

On November 25, 2008, Plaintiff filed a Notice of Dismissal as to National Credit Acceptance, Inc. (Doc. 8).  Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff may, without order of the Court, dismiss her action before the filing of an answer or other responsive pleading.  Inasmuch as no answer or other responsive pleading has been filed in this action, the Clerk is **DIRECTED** to close this file, no costs to be taxed.

DONE this 1st day of December, 2008.

                              <u>s/Bert W. Milling, Jr.</u>
                              UNITED STATES MAGISTRATE JUDGE